IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cause No. CR-22-05-GF-BMM |
| Plaintiff, ) | |
| vs. ) | |
| ) | **ORDER FOR CONTINUANCE** |
| JOSEPH JOHN LEQUIN, ) | |
| Defendant. ) | |

Defendant, Joseph John Lequin, through his counsel of record, Elizabeth T. Musick, moved this Court to release him from custody on a medical furlough while he is admitted to the hospital in Great Falls, Montana.  The Government does not object to that request.  For good cause appearing,

**IT IS HEREBY ORDERED** that Mr. Lequin shall be furloughed from Federal Custody effective immediately and until his discharge from the hospital.

**IT IS FURTHER ORDERED** that the United States Marshals Service shall remain in contact with the hospital to be notified of his discharge, and that upon discharge, he shall be transported back to the Cascade County Detention Facility.

DATED this ____ day of June, 2022.

BRIAN M. MORRIS
United States District Court Judge