IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH JOHN LEQUIN,<br><br>Defendant. | CR 22-05-GF-BMM-JTJ<br><br>FINDINGS AND<br>RECOMMENDATIONS |

## I.     Synopsis

Defendant Joseph John Lequin (Lequin) has been accused of violating the conditions of his supervised release. (Docs. 45 and 47). Lequin admitted one of the alleged violations. Lequin' supervised release should be revoked. Lequin should be sentenced to custody for 12 months and 1 day with no term of supervised release to follow. The Court further recommends that Lequin's custodial term be served in a Federal Correctional Unit containing a medical facility.

## II.  Status

Lequin plead guilty on February 14, 2022, to the offense of Possession With Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841 (a)(1), (b)(1)(A) as charged in Count 2 of the Indictment. (Doc. 24).  Lequin was sentenced to 60 months of custody, with 5 years of supervised release to follow. (Doc. 33). Lequin's current term of supervised release began on June 25, 2024.

**Petition**

On October 28, 2025, the United States Probation Office filed a Petition requesting that the Court revoke Lequin' supervised release. (Doc. 45). The Petition alleged Lequin violated conditions of his supervised release by: (1) committing another federal, state or local crime by being charged in Toole County, Montana on October 24, 2024, with the felony offense of Criminal Possession of Dangerous Drugs with Intent to Distribute, in  violation of Mont. Code Ann. § 45-9-103, and with the misdemeanor offense of Criminal Possession of Drug Paraphernalia, in violation of Mont. Code Ann. § 45-10-103.

**Amended Petition**

On June 3, 2025, the United States Probation Office filed an Amended Petition requesting that the Court revoke Lequin' supervised release. (Doc. 47). The Amended Petition alleged Lequin violated conditions of his supervised release by: (2) committing another federal state or local crime, having been sentenced on May

29, 2025, to a three-year term to the Montana Department of Corrections, all suspended, for his conviction of the felony offense of Criminal Possession of Dangerous Drugs, in violation of Mont. Code Ann. § 45-9-102, as charged in Toole County, Montana Cause No. DC-24-03.

### Initial Appearance

Lequin appeared before the Court on June 11, 2025. Lequin was represented by counsel. Lequin stated that he had read the Amended Petition and that he understood the allegations against him. Lequin waived his right to a preliminary hearing.

### Revocation hearing

Lequin appeared before the Court on June 11, 2025. The parties consented to proceed with the revocation hearing before the undersigned. Lequin admitted that he had violated the conditions of supervised release as set forth in the Amended Petition by: (2) committing another federal, state or local crime, having been sentenced on May 29, 2025, to a three -year term to the Montana Department of Corrections, all suspended, for his conviction of the felony offense of Criminal Possession of Dangerous Drugs, in violation of Mont. Code Ann. § 45-9-102, as charged in Toole County, Montana Cause No. DC-24-03.  The Government moved to dismiss allegation (1), which the Court granted.  Lequin' admitted violation is serious and warrants revocation of his supervised release.

**Sentencing hearing**

Lequin appeared before the Court on June 11, 2025. Lequin' violations are Grade B. His criminal history category is III. Lequin' underlying offense is a Class A felony. Lequin could be incarcerated for up to 60 months. Lequin could be ordered to remain on supervised release for 60 months less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 8 to 14 months.

### III.   Analysis

Lequin' supervised release should be revoked. Lequin should be sentenced to custody for 12 months and 1 day with no term of supervised release to follow. The Court further recommends that Lequin's custodial term be served in a Federal Correctional Unit containing a medical facility. This sentence is sufficient but not greater than necessary.

### IV.   Conclusion

The Court informed Lequin that the above sentence would be recommended to the Chief United States District Judge Brian Morris. The Court also informed Lequin of his right to object to these Findings and Recommendations within 14 days of this issuance. The Court explained to Lequin that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

That JOSEPH JOHN LEQUIN has violated the conditions of his supervised release by: (2) committing another federal, state or local crime, having been sentenced on May 29, 2025, to a three-year term to the Montana Department of Corrections, all suspended, for his conviction of the felony offense of Criminal Possession of Dangerous Drugs, in violation of Mont. Code Ann. § 45-9-102, as charged in Toole County, Montana Cause No. DC-24-03.

The Court **RECOMMENDS:**

That the District Court revoke Lequin' supervised release and sentence Lequin to custody for 12 months and 1 day with no term of supervised release to follow. The Court further recommends that Lequin's custodial term be served in a Federal Correctional Unit containing a medical facility.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge and may waive the right to appear and allocute before a district court judge.

DATED this 12th day of June 2025.

/s/ John Johnston
John Johnston
United States Magistrate Judge