# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH JOHN LEQUIN,<br><br>Defendant. | CR-22-05-GF-BMM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on June 12, 2025. (Doc. 52.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on June 11, 2025 (Doc. 48.) The United States accused Joseph Lequin (Lequin) of violating the conditions of his supervised release by by: (1) committing another federal, state or local crime by being charged in Toole County, Montana on October 24, 2024, with the felony offense of Criminal Possession of Dangerous Drugs with Intent to Distribute, in

violation of Mont. Code Ann. § 45-9-103, and with the misdemeanor offense of Criminal Possession of Drug Paraphernalia, in violation of Mont. Code Ann. § 45-10-103 and by: (2) committing another federal state or local crime, having been sentenced on May 29, 2025, to a three-year term to the Montana Department of Corrections, all suspended, for his conviction of the felony offense of Criminal Possession of Dangerous Drugs, in violation of Mont. Code Ann. § 45-9-102, as charged in Toole County, Montana Cause No. DC-24-03.  (Docs. 45 and 47.)

At the revocation hearing, Lequin admitted he had violated the conditions of his supervised release by: (2) committing another federal state or local crime, having been sentenced on May 29, 2025, to a three-year term to the Montana Department of Corrections, all suspended, for his conviction of the felony offense of Criminal Possession of Dangerous Drugs, in violation of Mont. Code Ann. § 45-9-102, as charged in Toole County, Montana Cause No. DC-24-03. The government moved to dismiss alleged violation 1, which Judge Johnston granted. (Doc. 48.)

Judge Johnston found that the violation Lequin admitted proves serious and warrants revocation of his supervised release and recommends a term of custody of 12 months and 1 day, with no supervised release to follow.  (Doc. 52.)  The Court advised Lequin of his right to appeal and to allocute before the undersigned. (Doc. 48.)

The violation proves serious and warrants revocation of Lequin's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 52) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Joseph John Lequin be sentenced to a term of custody of 12 months and 1 day, with no supervised release to follow.

DATED this 30th day of June 2025.

_____
Brian Morris, Chief District Judge
United States District Courts